Brian C. Darreff
ATTORNEY AT LAW
bdarreff@earpcohn.com
*admitted to practice in New Jersey and Pennsylvania*



July 16, 2021

***VIA ELECTRONIC FILING***
Honorable Renee Marie Bumb
United States District Court for the District of New Jersey
Mitchell H. Cohen U. S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

  Re: Lanzalotti v. American Honda Motor Co., Inc.
    Civil No.:  20-cv-08947

Dear Judge Bumb,

  Our firm represents American Honda Motor Co., Inc. in this matter. We are pleased to report that this case has resolved as a result of negotiations directly between the parties. A Stipulation of Dismissal with prejudice will be filed with the Court shortly.

  Thank you.

            Respectfully yours,

            */s/ Brian C. Darreff*
            Brian C. Darreff

BCD/tbm

cc: Magistrate Judge Karen M. Williams
   Lewis Adler, Esquire (via ECF)
   Paul DePetris, Esquire (via ECF)

Earp Cohn P.C.
ATTORNEYS AT LAW
www.earpcohn.com

NEW JERSEY OFFICE
20 Brace Road, Suite 400
Cherry Hill, NJ 08034
t 856.354.7700
f 856.354.0766

PENNSYLVANIA OFFICE
123 S Broad Street, Suite 1030
Philadelphia, PA 19109
t 215.963.9520
f 215.963.9620